OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R          $ 00.26⁵
0006557458     MAR 25 2015
MAILED FROM ZIP CODE 78701

**3/18/2015**
**Ortiz, Oscar Orlando**          Tr. Ct. No. 1150848-A          **WR-81,487-C1**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

OSCAR ORLANDO ORTIZ
- TDC #1525993